The order below is hereby signed.

Signed: June 28 2023



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 819D, LLC, | ) | 22-00101-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | ) | |
| KARL GARCIA, | ) | ADV. PROC. 22-10009-ELG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RUBIN GROUP, LLC, | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |
| KARL GARCIA, | ) | ADV. PROC. 22-10010-ELG |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| 819D, LLC, et al., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

| | ) | |
|---|---|---|
| **SANCTUARY CONDOMINIUM UNIT OWNERS ASSOCIATION,** | ) ) ) | **ADV. PROC. 22-10012-ELG** |
| PLAINTIFF, | ) ) | |
| vs. | ) ) | |
| **819D, LLC, et al.,** | ) ) | |
| DEFENDANTS. | ) ) | |
| | ) ) | |
| **ANDREW RUBIN,** | ) ) | **ADV. PROC. 23-10009-ELG** |
| PLAINTIFF, | ) ) | |
| vs. | ) ) | |
| **BRYAN ROSS, DEFENDANT,** | ) ) | |
| DEFENDANT. | ) ) | |

### ORDER GRANTING EMERGENCY MOTION TO CONTINUE HEARINGS SCHEDULED FOR JULY 6, 2023

Upon consideration of the *Emergency Motion to Continue Hearings Scheduled for July 6, 2023* (the "Motion") filed by Wendell W. Webster, successor Chapter 7 Trustee ("Trustee") of the bankruptcy estate of 819D, LLC ("Debtor"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that all hearings scheduled for July 6, 2023 are continued to a time and date to be scheduled by the Court after consultation with the parties; and it is further

ORDERED, that the deadline to respond to any motion scheduled for July 6, 2023, shall be extended to seven day before the rescheduling hearing; and it is further

2

ORDERED, that counsel for the Trustee shall e-mail a copy of this order to Christos Economakis, proceeding *pro se*.

END OF ORDER

I ASK FOR THIS

/s/ *Justin P. Fasano*
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jfasano@mhlawyers.com
*Proposed Counsel to the Trustee*

**Copies to:  All parties receiving notice via CM/ECF**