The order below is hereby signed.

Signed: October 17 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **819D, LLC,** <br>           Debtor. | Case No. 22-00101-ELG <br><br> Chapter 7 |
| **Karl Garcia,** <br>           Plaintiff, <br><br> v. <br><br> **The Rubin Group, et al.** <br>           Defendants. | Adv. Pro. 22-10009-ELG |
| **Karl Garcia,** <br>           Plaintiff, <br><br> v. <br><br> **819D, et al.** <br>           Defendants. | Adv. Pro. 22-10010-ELG |
| **Sanctuary Condominium Unit Owners Association,** <br>           Plaintiff, | Adv. Pro. 22-10012-ELG |

1

|  |  |
|---|---|
| v.<br><br>**819D, LLC, et al.**<br>    **Defendants.** |  |
| **Andrew Rubin,**<br>**Canal View Holdings LLC,**<br>    **Plaintiffs,**<br><br>**Michelle Tygier,**<br>    **Third Party Plaintiff,**<br><br>v.<br><br>**Wendell Webster, Chapter 7 Trustee**<br>    **Defendant.** | Adv. Pro. 23-10009-ELG |

# ORDER GRANTING MOTION TO CONTINUE

On September 29, 2023, the chapter 7 Trustee filed a *Motion to Approve Compromise* (the "Motion to Approve") (ECF No. 194) and a corresponding *Motion to Expedite Hearing and Shorten Time to Object To, and Expedite Hearing on Motion to Approve Compromise* (the "Motion to Shorten") requesting the Court shorten the time periods to otherwise respond to the Motion to Approve to allow for a hearing on October 18, 2023. As noted in both the Motion to Shorten and the Motion to Approve, each motion was filed after an oral agreement was reached between the parties during the hearing held September 7, 2023, with the full written agreement to be "submitted when fully executed."[1] The Court granted the Motion to Shorten, providing that objections to the Motion to Approve were due on or before October 16, 2023.

---

[1] Mot. to Approve at 2, ECF No. 194 ("The full Agreement will be submitted when fully executed and all parties in interest are advised to review the document itself. Because the process of formalizing the Agreement has proved cumbersome, the Trustee files this Motion today to preserve the October 18, 2023 date agreed to by the parties."); Mot. to Shorten Time to Obj. To, and Expedite H'rg on Mot. to Approve Compromise at 2, ECF No. 195 ("While the task of drafting the compromise has proven even more difficult than expected, the Trustee is confident that a settlement

2

Late on October 16, 2023, Karl Garcia filed a *Motion to Continue Hearing on Trustee's Motion to Approve Compromise* (the "Motion to Continue") (ECF No. 204) seeking to continue the hearing on the Motion to Approve because no full written agreement was completed. In addition, the Court received objections from the parties identified as the Auger Parties and Long & Foster Real Estate, Inc., each of which also referenced the lack of final agreement between the parties. *See* ECF Nos. 201, 202. While the Motion to Approve does list certain of the operative terms of the proposed settlement, it is in no means comprehensive and states that a full written agreement will be forthcoming.

The Court cannot approve a settlement that does not exist and for which insufficient notice has been provided. While other parties in interest were served with the Motion to Approve and Motion to Shorten, without a full written agreement, there has been insufficient notice of a full written settlement for any party to file a timely objection. The Motion to Continue the hearing on the Motion to Approve is appropriate and necessary.

Therefore, for the reasons stated herein, it is **ADJUDGED**, **ORDERED**, and **DECREED** that:

1)    The Motion to Continue is **GRANTED**. The hearing on the Motion to Approve shall be continued to November 1, 2023 at 11:00 a.m. in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information. Parties should familiarize themselves with General Order 2023-01, *Order Establishing Hearing Protocols Before Judge Gunn*.

---

can be documented before October 18, 2023. However, in order to keep momentum moving towards settlement, it is important to keep the October 18, 2023 date on calendar. Essentially, if this case is allowed to drag on, it will drag on.").

3

2) Unless a request otherwise is filed on October 17, 2023 before 5:00 p.m., the Court shall continue all other pending matters scheduled for October 18, 2023 at 1:00 p.m. in case numbers 22-00101, 22-10009, 22-10010, 22-10012, and 23-10009 to November 1, 2023 at 11:00 a.m.

3) No continuances or extensions of time to any deadline or hearing set forth herein will be granted absent a written motion and further order of the Court.

[Signed and dated above.]

Service: recipients of electronic service.