**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | Case No. **22-00101-ELG** |
| **819D, LLC,** | Chapter 7 |
|     Debtor. | |
| **Karl Garcia,** | Adv. Pro. **22-10009-ELG** |
|     Plaintiff, | |
|     v. | |
| **The Rubin Group, et al.** | |
|     Defendants. | |
| **Karl Garcia,** | Adv. Pro. **22-10010-ELG** |
|     Plaintiff, | |
|     v. | |
| **819D, et al.** | |
|     Defendants. | |
| **Sanctuary Condominium Unit Owners Association,** | Adv. Pro. **22-10012-ELG** |
|     Plaintiff, | |
|     v. | |
| **819D, LLC, et al.** | |
|     Defendants. | |
| **Andrew Rubin,** | Adv. Pro. **23-10009-ELG** |
|     v. | |
| **Bryan Ross, Chapter 7 Trustee** | |
|     Defendant. | |

1

## NOTICE OF CONTINUED HEARINGS

NOTICE IS HEREBY GIVEN that at the request of the Court, the hearings scheduled for 2/12/2024 are rescheduled to:

2/13/2024 at 9:00 AM

in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

> For the Court:
> Angela D. Caesar
> BY: AM
> Dated: 2/8/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.