Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Plaintiffs*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| | ) | |
| Andrew Rubin, et a. | ) | |
| | ) | Adversary Case No. 23-10009-ELG |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wendell Webster, in his official capacity | ) | |
| as chapter 7 trustee of the chapter 7 | ) | |
| estate of 819D LLC | ) | |
| | ) | |
| Defendant, | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now Wendell Webster, in his Official Capacity as Trustee of the Estate of 819D LLC (the "Trustee"), Canal View Holdings LLC ("Canal View"), Andrew Rubin ("A. Rubin"), Michelle Tygier ("Ms. Tygier"), TR Holdings LLC ("TR Holdings"), The Rubin Group LLC ("Rubin Group"), and Robert Rubin ("R. Rubin"), by and through respective undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Trustee having determined that there was no evidence of intentional

fraudulent conveyances, and hereby stipulate to dismissal of the above-captioned proceeding, *with prejudice*.

                                                       Respectfully submitted,

Dated: April 26, 2024                     By: /s/ Maurice B. VerStandig
                                                     Maurice B. VerStandig, Esq.
                                                     Bar No. MD18071
                                                     The VerStandig Law Firm, LLC
                                                     1452 W. Horizon Ridge Pkwy, #665
                                                     Henderson, Nevada 89012
                                                     Phone: (301) 444-4600
                                                     Facsimile: (301) 444-4600
                                                     mac@mbvesq.com
                                                     *Counsel for the Plaintiffs*

                                                  By: /s/ Justin Fasano (signed w/ express permission)
                                                     Justin P. Fasano, Esq.
                                                     Bar No. MD21201
                                                     McNamee Hosea, P.A.
                                                     6404 Ivy Lane, Ste 820
                                                     Greenbelt, MD 22070
                                                     Phone: (301) 441-2420
                                                     Facsimile: (301) 982-9450
                                                     jfasano@mhlawyers.com
                                                     *Counsel for the Defendant*

                                                By: /s/ Christopher Rogan (signed w/ express permission)
                                                     Christopher Rogan, Esq.
                                                     Bar No. 431849
                                                     Rogan Miller Zimmerman, PLLC
                                                     50 Catoctin Circle, NE
                                                     Suite 300
                                                     Leesburg, VA 20176
                                                     Telephone: (703) 777-8850
                                                     crogan@rmzlawfirm.com
                                                     *Counsel for the Intervenors*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2024, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig